E-FILED 4/8/16
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, <br><br> Plaintiff, <br><br> v. <br><br> REEVO'S CO, INC.; MORENO SMOKE, INC.; ALI MORCELI; and DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No. 5:15-cv-02274-PSG (SPx) <br><br> **[PROPOSED] JUDGMENT AND PERMANENT INFUCTION AGAINST DEFENDANT REEVO'S CO., INC. PURSUANT TO F.R.C.P. 55(b)** <br><br> Date: March 7, 2016 <br> Time: 1:30 pm <br> Court: 255 East Temple Street <br> Los Angeles, CA 90012-3332 <br> Courtroom No. 880 <br> Judge: Hon. Philip S. Gutierrez |

---

**[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION**

**ORDER AND JUDGMENT**

The Court had before it Plaintiff Sream, Inc.'s ("Sream" or "Plaintiff") Motion for Default Judgment against Defendant Reevo's Co, Inc. ("Reevos"). [Dkt. 27]. Having considered Plaintiff's Motion the Court being fully advised, and good cause shown as set forth in the Court's Minute Order dated March 31, 2016 [Dkt. 35]:

THE COURT HEREBY ORDERS THAT Plaintiff's Motion for Default Judgment against Defendant Reevos Pursuant to ~~F.R.F.P.~~ F.R.C.P. 55(b) is hereby GRANTED in PART as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff on all claims, and Reevos shall pay Plaintiff the amount of $54,200.00 (which comprises statutory damages of $50,000, attorney's fees of $3,600, and costs of $600).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Reevos, his agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with him are permanently restrained and enjoined from infringing upon the RooR Marks (United States Trademark Registration Nos. 3.675.839, 2.307.176, and 2.235.638) directly or contributorily, in any manner, including but not limited to:

(a) import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit RooR product identified in the Complaint [Dkt. 1] and any other unauthorized RooR product, counterfeit, copy or colorful imitation thereof; and/or

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraph (a) above.

1     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. § 1118, Reevos, at his cost, deliver up to Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the RooR Marks.

IT IS SO ORDERED.

DATED: 4/8/16

                              PHILIP S. GUTIERREZ
                              _____
                              Hon. Philip S. Gutierrez
                              United States District Court Judge